# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. **6:08-cr-32-Orl-28DAB**

**JUAN CARLOS MORALES LAGO**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Robert Bodnar, Jr. |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Michelle P. Smith |
| **COURT REPORTER:** | Anthony Rolland | **PRETRIAL/PROBATION:** | Sally Stanis |
| **DATE/TIME:** | June 6, 2008 9:05-9:55 a.m. | **INTERPRETER:** | Vanessa Wangenknecht/Spanish |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on Count One of the Indictment.

IMPRISONMENT:    24 Months. Defendant has been under a Federal detainer as of February 8, 2008.

Court recommends that the defendant be incarcerated at FCI Coleman, Florida

Supervised Release:    3 Years - Unsupervised provided defendant leaves and does not re-enter the U.S..

MANDATORY DRUG TESTING requirements are: Waived.

Special Conditions of Supervised Release are:

   Cooperate in the collection of DNA.

Fine and costs of imprisonment/supervision:    Waived.

Special Assessment:    $100.00.

Defendant is remanded to the custody of the U.S. Marshal.

Additional remarks:    Defendant is advised of right to appeal.